1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   PRIYA SOPORI (Cal. Bar No. 210837)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:    (213) 894-4896
7       Facsimile:    (213) 894-0141
        Email Address: priya.sopori@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

10             UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
   UNITED STATES OF AMERICA,     )  CR. MISC. NO. 08-1205M
13                               )
                Plaintiff,       )  [PROPOSED] ORDER RE: GOVERNMENT'S
14                               )  WITHDRAWAL OF MATERIAL WITNESS
                                 )  MOTION AS TO FIRST FIVE MATERIAL
15              v.               )  WITNESSES LISTED
                                 )
16  BYRON MORALES-GARCIA, aka    )
    DANIEL PENA, et al.,         )
17                               )
                Defendants.      )
18  _____  )

19
20       On May 23, 2008, the government filed its Motion for

21  Designation and Detention of Material Witnesses, with supporting

22  Affidavit of Troy Jacobs ("Material Witness Motion").  On June 3,

23  2008, the government appeared before the Honorable Fernando M.

24  Olguin, United States Magistrate Judge, and withdrew the Material

25  Witness Motion as to the first five material witnesses only.

26  //
27  //

1      Accordingly, and for good cause shown, IT IS HEREBY ORDERED

2  THAT:

3      The government's Material Witness Motion is hereby withdrawn

4  as to the first five material witnesses listed in the motion

5  only.  The remaining material witnesses listed shall remain as

6  material witnesses designated by the government.[1]

7

8  DATED: _____6\10\08_____

9

10                           _____
                        THE HONORABLE FERNANDO M. OLGUIN

11                          UNITED STATES MAGISTRATE JUDGE

12

13  Presented by:

14

15

16  _____/s/_____

17  PRIYA SOPORI
  Assistant United States Attorney

18

19

20

21

22

23

24

---

25      [1]  The government has concurrently moved to seal the

26  Material Witness Motion to the extent it refers to the first five
  material witnesses listed.

27

                        2